FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 17 2005 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 24 2005 ★
BROOKLYN OFFICE

CV05-3527 (JBW)

Clerk;

I am writing asking for a stay on my Habeas petition. Based on a 440.20 motion in Kings county. Before Judge Feldman, pertaining illegal sentence issue of law and fact. 440.20 motion sent to Supreme court 3-21-05. Federal petition sent to Federal court 7-18-05. No previous application for this relief has been filed. Thank you for your time.

Respectfully
Frank Jones 98A5346

Date- 8-19-05

Notify by order: Granted.
JBW 11/16/05